FILED
CLERK, U.S. DISTRICT COURT

OCT 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GALVAN AVILA,<br><br>    Petitioner,<br><br>  v.<br><br>CAPTAIN TONY BLAND, et al.,<br><br>    Respondents. | No. CV 12-10520-CJC(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition is dismissed as moot.

DATED: October 18, 2013

_____
CORMAC J. CARNEY
United States District Judge